**The below described is SIGNED.**

**Dated: March 02, 2012**

_____
**JOEL T. MARKER**
**U.S. Bankruptcy Judge**



## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF UTAH

| In re: | Bankruptcy Number: 10-20618 |
|---|---|
| RUSSELL PROPERTIES UTAH, LLC, | Chapter 11 |
| Debtor. | |

### FINAL DECREE

On February 16, 2012, the Court issued an Order to Show Cause as to why a final decree closing this chapter 11 case should not be issued.  No response was timely filed to the Order to Show Cause, and it appears that all conditions precedent have been met for closing the case. Accordingly, it is hereby

**ORDERED** that the Final Decree is entered in this case, and the case is hereby CLOSED.

_____End of Document_____

_____ooo0ooo_____

## SERVICE LIST

Service of the foregoing **FINAL DECREE** will be effected through the Bankruptcy Noticing Center to each party on the official mailing matrix.

